# EXHIBIT A

| Artist | Track | Registration Number |
|---|---|---|
| Lyn Collins | THINK (ABOUT IT) | RE 852198 |
| Stevie Wonder | SUPERSTITION | RE 852322 |
| Ohio Players | FIRE | RE 867475 |
| Parliament | TEAR THE ROOF OFF THE SUCKER (GIVE UP THE FUNK) | RE 888667 |
| Marvin Gaye | GOT TO GIVE IT UP | RE 888667 |
| Commodores | BRICK HOUSE | RE 926332 |
| Lynyrd Skynard | WHAT'S YOUR NAME | RE 926484 |
| Aaron Neville | LOUISIANA 1927 | SR 133880 |
| Billy Ray Cyrus | ACHY BREAKY HEART | SR 145691 |
| The Who | WHO YOU ARE | SR 2995 |
| Trisha Yearwood | HOW DO I LIVE | SR 238476 |
| Sheryl Crow | EVERYDAY IS A WINDING ROAD | SR 245347 |
| Commodores | THREE TIMES A LADY | SR 3732 |
| Mary J. Blige | NO MORE DRAMA | SR 301461 |
| Beck | DIAMOND DOGS | SR 303278 |
| No Doubt | HELLA GOOD | SR 305872 |
| Sheryl Crow | SOAK UP THE SUN | SR 311757 |
| Murphy Lee | SHAKE YA TAILFEATHER | SR 341649 |
| Christina Millian | DIP IT LOW | SR 352822 |
| Gwen Stefani | RICH GIRL | SR 364759 |
| Mariah Carey | IT'S LIKE THAT | SR 366396 |
| All American Rejects | DIRTY LITTLE SECRET | SR 377900 |
| Black Eyed Peas | PUMP IT | SR 378166 |
| Chamillionaire | RIDIN' | SR 381901 |
| Fergie | GLAMOROUS | SR 393675 |
| Rihanna | SHUT UP AND DRIVE | SR 411459 |
| Irene Cara | FLASHDANCE (WHAT A FEELING) | SR 49252 |
| Kayne West | STRONGER | SR 615019 |
| Bon Jovi | LIVIN ON A PRAYER | SR 71794 |
| A Taste of Honey | BOOGIE OOGIE OOGIE | SR 5636 |
| America | YOU CAN DO MAGIC | SR 38025 |
| Ashford & Simpson | SOLID (AS A ROCK) | SR 58888 |
| Beastie Boys | CH-CHECK IT OUT | SR360352 & SRu536345 |
| Blondie | HANGING ON THE TELEPHONE | SR 8532 |

| Artist | Title | Registration |
|---|---|---|
| Blondie | ONE WAY OR ANOTHER | SR 11894 |
| Chingy | BALLA' BABY | SR385742 & SRu556825 |
| Chingy | RIGHT THURR | SR 343105 |
| Corinne Bailey Rae | PUT YOUR RECORDS ON | SR 385315 |
| EMF | UNBELIEVABLE | SR 129831 |
| George Clinton | ATOMIC DOG | SR 43549 |
| Glen Campbell | MY GIRL | N25263 |
| Gorillaz | FEEL GOOD INC | SR 379134 |
| Heart | NEVER | SR 75726 |
| Ice Cube | 24 MO' HOURS | SR 287324 |
| Katrina and the Waves | WALKING ON SUNSHINE | SR 357929 |
| Lenny Kravitz | LADY | SR 357913 & SRu523994 |
| MC Hammer | U CAN'T TOUCH THIS | SR 133683 |
| Missing Persons | WORDS | SR 40772 |
| Paula Abdul | FOREVER YOUR GIRL | SR 93688 |
| Pilot | MAGIC | NF 514 |
| Spice Girls | SPICE UP YOUR LIFE | SR 261523 |
| Spice Girls | WANNABE | SR 201276 |
| Tina Turner | LET'S STAY TOGETHER | SR 58022 |
| Vanilla Ice | ICE ICE BABY (w/sample "UNDER PRESSURE") | SR 125259 |
| Blur | SONG 2 | SR 231938 |
| Meredith Brooks | BITCH | SR 181390 |
| Arrested Development | PEOPLE EVERYDAY | SR 143502 |
| Cherish feat. Sean Paul | DO IT TO IT | SR 396401 |
| Janet Jackson | ALL FOR YOU | SR 308900 |
| Lenny Kravitz | FLY AWAY | SR 261538 |
| Poison | NOTHIN' BUT A GOOD TIME | SR 93741 |
| Talk Talk | IT'S MY LIFE | SR 52349 |
| The Proclaimers | I'M GONNA BE (500 MILES) | SR 96996 |
| Bob Seger | HOLLYWOOD NIGHTS | SR 5591 |
| Hammer | TOO LEGIT TO QUIT | SR 136387 |
| Juice Newton | QUEEN OF HEARTS | SR 33828 |
| The Vines | GET FREE | SR 319550 |
| The Vines | RIDE | SRu 523982 & SR 361285 |
| Alicia Keys | FALLIN' | SR 299410 |
| Britney Spears | GIMME MORE | SR 609441 |
| C & C Music Factory | THINGS THAT MAKE YOU GO HMM | SR 127435 |

| Artist | Title | Registration |
|---|---|---|
| Destiny's Child | INDEPENDENT WOMAN PART 1 | SR 289199 |
| Destiny's Child | SAY MY NAME | SR 268936 |
| DJ Jazzy Jeff & the Fresh Prince | RING MY BELL | SR 288087 |
| Earth Wind & Fire | SEPTEMBER | SR 04975 |
| Harry Connick, Jr. | SANTA CLAUS IS COMING TO TOWN | SR 343638 |
| Justin Timberlake | ROCK YOUR BODY | SR 0319834 |
| Korn | WORD UP | SR 370249 |
| Michael Jackson | WANNA BE STARTIN' SOMETHING | SR 41965 |
| Nick Cannon | GIGOLO | SR 0346839 |
| Outkast | THE WAY YOU MOVE | SR 340520 |
| Outkast | HEY YA | SR 340520 |
| Pink | GET THE PARTY STARTED | SR 326672 |
| Santana ft. Rob Thomas | SMOOTH | SR 289833 |
| Sarah McLachlan | I WILL REMEMBER YOU | SR 0219471 |
| The Fray | HOW TO SAVE A LIFE | SR 387952 |
| The Jacksons | (DANCE AND SHOUT) SHAKE YOUR BODY DOWN TO THE GROUND | SR 4940 |
| The Presidents of the United States | VIDEO KILLED THE RADIO STAR | SR 255225 |
| Usher featuring Ludacris and Lil Jon | YEAH! | SR 354784 |
| Whitney Houston | HOW WILL I KNOW | SR 60716 |
| Daughtry | HOME | SR 0399960 |
| Michael Jackson | THRILLER | SR 041965 |
| Kelly Clarkson | SINCE U BEEN GONE | SR 0352147 |
| Jennifer Lopez | LET'S GET LOUD | SR 0267571 |
| Will Smith | GETTIN' JIGGY WITH IT | SR 0249123 |
| Destiny's Child | CHECK ON IT | SR 0388034 |
| Phil Collins | Take me Home, on No Jackets Required | SR 60-788 |
| INXS | Devil Inside, on Kick | SR 85-232 |
| INXS | New Senstaion, on Kick | SR 85-232 |
| Hootie and the Blow Fish | Only Wanna Be With You, on Cracked Rear View | SR 193-960 |
| Jewel | Who Will Save Your Soul, on Pieces of You | SR 198-481 |
| Matchbox 20 | 3 A.M., on Yourself or Someone Like You | SR 227-755 |
| Chic | Le Freak, on C'est Chic | SR 4-546 |
| INXS | What You Need, on Listen Like Theives | SR 66-559 |
| Otis Redding | Knock on Wood, on the Otis Redding Story | SR 89-068 |
| The Tramps | Disco Inferno | SR 123-841 |
| Donny Hathaway | Back Together Again, on A Donny Hathaway Collection | SR 124-556 |
| En Vogue | My Lovin', on Funky Divas | SR 140-315 |

| Artist | Song | SR Number |
|---|---|---|
| En Vogue | Free Your Mind, on Funky Divas | SR 140-315 |
| Marc Cohn | Walking in Memphis, on Marc Cohn | SR 148-327 |
| Robin S. | Show Me Love | SR 168-277 |
| En Vogue | Whatta Man, on Runaway Love | SR 184-181 |
| Kid Rock | Bawitdaba, on Rebel Without a Cause | SR 204-532 |
| Sugar Ray | Fly, on Floored | SR 208-769 |
| Missy Elliott | Lose Control, on The Cookbook | SR 385-300 |
| Sean Paul | Temperature, on Trinity | SR 386-353 |
| Fat Joe | Get Poppin, on All or Nothing | SR 401-202 |
| Diddy | Last Night, on Press Play | SR 400-868 |
| 10,000 Maniacs | These Are The Days, on Our Time in Eden | SR 146-746 |
| The Cure | Just Like Heaven, on Show | SR 193-876 |
| Natalie Merchant | Kind and Generous, on Ophelia | SR 255-044 |
| En Vogue | Those Dogs, on Masterpiece Theatre | SR 267-231 |
| Missy Elliott | Get Your Freak On, on Miss E...So Addictive | SR 297-686 |
| Jet | Are You Gonna Be My Girl, on Get Born | SR 343-668 |
| The Lillix | What I Like About You, on Falling Uphill | SR 335-105 |
| Barenaked Ladies | Shopping, on Everything to Everyone | SR 346-028 |
| Josh Groban | You Raise Me Up, on Closer (Fan Club Edition) | SR 346-031 |
| Filter | Song, on Title of Record | SR 270-763 |
| Filter | Take a Picture, on Title of Record | SR 270-763 |
| ZZ Top | Legs, on Eliminator | SR 45-132 |
| ZZ Top | Sharped Dressed Man, on Eliminator | SR 45-132 |
| Rod Stewart | Forever Young, on Out of Order | SR 92-430 |
| Evita Soundtrack | Oh What a Circus, on Evita Soundtrack | SR 229-813 |
| Madonna | Ray of Light | SR 252-828 |
| Madonna | Music, on Music | SR 285-828 |
| Madonna | Impressive Instant, on Music | SR 285-828 |
| Madonna | Get it Together, on Confessions on a Dance Floor | SR 375-278 |
| Madonna | Hung Up, on Confessions on a Dance Floor | SR 375-278 |
| Madonna | Future Lovers, on Confessions on a Dance Floor | SR 375-278 |
| Ashford and Simpson | Found a Cure | SR 10-843 |
| Frank Sinatra | Theme from New York, New York, on Trilogy: Past, Present & Furture | SR 16-598 |
| Devo | Freedom of Choice | SR 17-936 |
| B-52's | Queen of Las Vegas, on Whammy! | SR 45-935 |
| Rufus & Chaka Khan | Ain't Nobody | SR 46-317 |
| John Fogerty | Centerfeild, on Centerfeild | SR 60-091 |

| Artist | Song | Registration |
|---|---|---|
| Fleetwood Mac | Little Lies, on Tango in the Night | SR 80-985 |
| Rod Stewart | Tonight's the Night, on If We Fall in Love Tonight | SR 229-785 |
| Faith Hill | Mississippi Girl | SR 374-378 |
| Daniel Powter | Bad Day, on Daniel Powter | SR 384-148 |
| Goo Goo Dolls | Give a Little Bit, on Let Love in | SR 390-763 |
| Red Hot Chili Peppers | Dani California, on Stadium Arcadium | SR 390-775 |
| The Ditty Bops | Get Up 'n' Go, on Moon Over the Freeway | SR 393-683 |
| Paris Hilton | Turn it Up, on Paris | SR 399-990 |
| James Blount | Wiseman | SR 393742 |
| James Blount | You're Beautiful | SR 393742 |