# Exhibit B

| Artist | Title |
|---|---|
| Diana Ross & The Supremes | YOU CAN'T HURRY LOVE |
| Ethel Merman | THERE'S NO BUSINESS LIKE SHOW BUSINESS |
| James Brown | GET UP OFFA THAT THING |
| Hank Williams | JAMBALAYA (ON THE BAYOU) |
| Jackson 5 | ABC |
| McGuire Sisters | SUGAR TIME |
| Patsy Cline | WALKIN' AFTER MIDNIGHT |
| The Foundations | BUILD ME UP BUTTERCUP |
| The Supremes | AIN'T NO MOUNTAIN HIGH ENOUGH |
| The Supremes | BABY LOVE |
| The Surfaris | WIPE OUT |
| The Who | BABA O'RILEY |
| Three Dog Night | JOY TO THE WORLD |
| Temptations | SUPERSTAR (REMEMBER HOW YOU GOT WHERE YOU ARE) |
| James Brown | PAPA'S GOT A BRAND NEW BAG |
| James Brown | GET UP (I FEEL LIKE BEING LIKE A SEX MACHINE) |
| Rare Earth | GET READY |
| Martha & the Vandellas | NOWHERE TO RUN |
| Marvin Gaye | I HEARD IT THROUGH THE GRAPEVINE |
| Righteous Brothers | UNCHAINED MELODY |
| Brenda Lee | ROCKIN' AROUND THE CHRISTMAS TREE |
| Dean Martin | MAMBO ITALIANO |
| Grand Funk Railroad | FEELIN' ALRIGHT |
| Louis Prima | WHEN YOU'RE SMILING (THE WHOLE WORLD SMILES WITH Y |
| The Beach Boys | FUN, FUN, FUN |
| The Beach Boys | GOOD VIBRATIONS |
| The Beach Boys | MERRY CHRISTMAS, BABY |
| The Beach Boys | SURFIN' SAFARI |
| The Beach Boys | WOULDN'T IT BE NICE |
| The Beatles | I WANT TO HOLD YOUR HAND |
| The Beatles | SGT. PEPPER'S LONELY HEARTS CLUB BAND |
| Wanda Jackson | SEARCHIN' |
| 5th Dimension | LET THE SUNSHINE IN |
| 5th Dimension | UP, UP AND AWAY |

| Artist | Song |
|---|---|
| Al Green | LET ME HELP YOU |
| Andy Williams | IT'S THE MOST WONDERFUL TIME OF THE YEAR |
| Barbara Streisand | IF A GIRL ISN'T PRETTY |
| Benny Goodman | HOORAY FOR HOLLYWOOD |
| Blood Sweat & Tears | SPINNING WHEEL |
| Cab Calloway and His Orchestra | MINNIE THE MOOCHER |
| Chambers Brothers | TIME HAS COME TODAY |
| Dinah Shore | SHOO-FLY PIE AND APPLE PAN DOWDY |
| Duke Ellington | NIGHT CREATURE |
| Eddie Duchin and His Orchestra | I ONLY HAVE EYES FOR YOU |
| Elvis Presley | BLUE SUEDE SHOES |
| Elvis Presley | A LITTLE LESS CONVERSATION |
| Elvis Presley | VIVA LAS VEGAS |
| Frankie Lane | RAWHIDE |
| Johnny Cash | BAD NEWS |
| Jose Feliciano | CALIFORNIA DREAMIN |
| Julie Andrews | SOUND OF MUSIC |
| Percy Faith | SYNCOPATED CLOCK |
| Rosemary Clooney | COME ON-A MY HOUSE |
| Sam Cooke | HAVING A PARTY |
| Sly & The Family Stone | HOT FUN IN THE SUMMERTIME |
| Sly & The Family Stone | THANK YOU (FALLETIN ME BE MICE ELF AGAIN) |
| Sly & The Family Stone | YOU CAN MAKE IT IF YOU TRY |
| Sly & The Family Stone | DANCE TO THE MUSIC |
| Sly & The Family Stone | EVERYBODY IS A STAR |
| The Chambers Brothers | I CAN'T TURN YOU LOOSE |
| The Tokens | THE LION SLEEPS TONIGHT |
| The Youngbloods | GET TOGETHER |
| Sly & The Family Stone | LOVE CITY |
| Tony Orlanda & Dawn | KNOCK THREE TIMES |
| Aretha Franklin | RESPECT |
| Aretha Franklin | ROCK STEADY |
| Bread | IF |
| Otis Redding | KNOCK ON WOOD |
| Wilson Pickett | MUSTANG SALLIE |
| Ben E. King | STAND BY ME |
| Ray Charles | WHAT I'D SAY |

MESS AROUND

Ray Charles