**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **ARISTA MUSIC, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 3:09-cv-0827 |
| ) | Chief Judge Campbell |
| **TIME WARNER, INC., et al.,** ) | Magistrate Judge Knowles |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS' MOTION FOR A MORE
DEFINITE STATEMENT (F.R.C.P. RULE 12(e))**

Defendants Time Warner, Inc.; Warner Bros. Entertainment Inc.; Warner Bros Television Distribution Inc.; Telepictures Productions Inc.; and WAD Productions Inc. ("Defendants"), through their counsel, hereby file this Motion for a More Definite Statement und Fed. R. Civ. P. 12(e), since the Amended Complaint fails to plead with enough specificity to provide Defendants with fair notice of the claims filed against them. Defendants also file a Memorandum in Support contemporaneously herewith.

Respectfully submitted,

*/s/ Aton Arbisser*
Aton Arbisser
*Admitted Pro Hac Vice*
Kaye Scholer LLP
1999 Ave. of the Stars, Suite 1700
Los Angeles, CA 90067
aarbisser@kayescholer.com
Phone:  (310) 788-1000
Fax:  (310) 788-1200

*/s/ Stephen J. Zralek*
Stephen J. Zralek (BPR:  018971)
Bone McAllester Norton PLLC
511 Union St. Ste 1600
Nashville, TN 37219
Phone:  (615) 238-6300
Fax:  (615) 238-6301

Attorneys for Defendants

{00430585.2}

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document via ECF on November 25, 2009, on:

>Timothy L. Warnock, Esq.
>Tim Harvey, Esq.
>Riley Warnock & Jacobson, PLC
>1906 West End Avenue
>Nashville, Tennessee 37203
>*Counsel for Plaintiffs*

/s/ Stephen J. Zralek

{00430585.2}