IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ARISTA MUSIC, ARISTA RECORDS LLC, ATLANTIC RECORDINGS CORPORATION, BIG BEAT RECORDS, INC., CAPITOL RECORDS, LLC, CAROLINE RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP INC., EMI CHRISTIAN MUSIC GROUP INC. (d/b/a SPARROW RECORDS AND FOREFRONT RECORDS), INTERSCOPE RECORDS, LAFACE RECORDS LLC, MOTOWN RECORD COMPANY, L.P., PRIORITY RECORDS, LLC, RHINO ENTERTAINMENT COMPANY, SIRE RECORDS COMPANY (d/b/a of WBR/SIRE VENTURES INC.), SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., VIRGIN RECORDS INC., and ZOMBA RECORDING LLC.,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TIME WARNER, INC., et al., WARNER BROS. ENTERTAINMENT, INC., WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, INC., WARNER BROS. TELEVISION, TELEPICTURES PRODUCTIONS, INC., WAD PRODUCTIONS, INC. (d/b/a "THE ELLEN DeGENERES SHOW"), A VERY GOOD PRODUCTION, and CRAZY MONKEY, INC. (d/b/a A VERY GOOD PRODUCTION),<br>　　　　　　　　　Defendants. | NO. 3:09-cv-000827<br>JUDGE CAMPBELL |

## **ORDER**

Pending before the Court is Defendant Crazy Monkey, Inc.'s Motion to Dismiss for Lack

of Personal Jurisdiction, or in the Alternative, to Dismiss based on Improper Venue (Docket No.

36). By contemporaneous order, this case has been transferred to the United States District

Court for the Central District of California.  Accordingly, this Motion is moot.

    IT IS SO ORDERED.

.

                                                    TODD J. CAMPBELL
                                                    UNITED STATES DISTRICT JUDGE