**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **ARISTA MUSIC, ARISTA RECORDS LLC,** ) | |
| **ATLANTIC RECORDING CORPORATION,** ) | |
| **BIG BEAT RECORDS, INC., CAPITOL** ) | |
| **RECORDS, LLC,  CAROLINE RECORDS, INC.,** ) | |
| **ELEKTRA ENTERTAINMENT GROUP INC.,** ) | |
| **EMI CHRISTIAN MUSIC GROUP INC.  (d/b/a** ) | |
| **SPARROW RECORDS AND FOREFRONT** ) | |
| **RECORDS), INTERSCOPE RECORDS, LAFACE** ) | |
| **RECORDS LLC, MOTOWN RECORD** ) | |
| **COMPANY, L.P., PRIORITY RECORDS, LLC,** ) | |
| **RHINO ENTERTAINMENT COMPANY, SIRE** ) | |
| **RECORDS COMPANY (d/b/a of WBR/SIRE** ) | |
| **VENTURES INC.), SONY MUSIC** ) | |
| **ENTERTAINMENT, UMG RECORDINGS, INC.,** ) | |
| **VIRGIN RECORDS AMERICA, INC., WARNER** ) | |
| **BROS. RECORDS INC., and ZOMBA** ) | |
| **RECORDING LLC.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 3:09-cv-0827** |
| ) | |
| **TIME WARNER, INC., WARNER BROS.** ) | **JURY DEMAND** |
| **ENTERTAINMENT, INC., WARNER** ) | **Judge Campbell** |
| **BROS. DOMESTIC TELEVISION** ) | **Magistrate Judge Knowles** |
| **DISTRIBUTION, INC., WARNER BROS.** ) | |
| **TELEVISION, TELEPICTURES PRODUCTIONS,** ) | |
| **INC., WAD PRODUCTIONS, INC. (d/b/a** ) | |
| **"THE ELLEN DeGENERES SHOW"),  A VERY** ) | |
| **GOOD PRODUCTION, and CRAZY MONKEY,** ) | |
| **INC. (d/b/a A VERY GOOD PRODUCTION),** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF VOLUNTARY DISMISSAL BY CAPITOL RECORDS, LLC, PRIORITY RECORDS, LLC, VIRGIN RECORDS AMERICA, INC., CAROLINE RECORDS, INC, AND EMI CHRISTIAN MUSIC GROUP INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Capitol Records, LLC,

Priority Records, LLC, Virgin Records America, Inc., Caroline Records, Inc. and EMI Christian

Music Group Inc. (the "Dismissing Plaintiffs") submit this notice of voluntary dismissal with

prejudice of their claims in this action.  This dismissal is limited to the ownership interest of the Dismissing Plaintiffs in the works described in Plaintiffs' First Amended Complaint and is not intended to affect or limit, and does not affect or limit, any claims or remedies of the remaining Plaintiffs.

Respectfully submitted,


s/ Timothy L. Warnock_____
Timothy L. Warnock (BPR #12844)
Tim Harvey (BRP #21509)
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
twarnock@rwjplc.com
tharvery@rwjplc.com
Ph.:   615-320-3700

Attorneys for Plaintiffs


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served upon the following Filing Users through the Court's Electronic Filing System:

Stephen J. Zralek
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, TN 37219

Aton Arbisser
Kay Scholor, LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, CA  90067

this 4th day of March, 2010.


s/ Timothy L. Warnock_____