ORIGINAL

1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JEFFREY D. GOLDMAN (Bar No. 155589),
2  jgoldman@jmbm.com
   RYAN S. MAUCK (Bar No. 223173),
3  rxm@jmbm.com
   BRIAN M. YATES (Bar No. 241798),
4  byates@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
5  Los Angeles, California 90067-4308
   Telephone: (310) 203-8080
6  Facsimile: (310) 203-0567

7  Attorneys for Plaintiffs INTERSCOPE RECORDS,
   MOTOWN RECORD COMPANY, L.P., and UMG
8  RECORDINGS, INC.

FILED
CLERK, U.S. DISTRICT COURT
APR 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12

13  INTERSCOPE RECORDS, MOTOWN          CASE NO.  CV10-1662 SVW (PJWx)
    RECORD COMPANY, L.P. and UMG
14  RECORDINGS, INC.,                   **SECOND AMENDED COMPLAINT**

15            Plaintiffs,

16       v.

17  TIME WARNER, INC., WARNER
    BROS. ENTERTAINMENT, INC.,
18  WARNER BROS. DOMESTIC
    TELEVISION DISTRIBUTION, INC.,
19  WARNER BROS. TELEVISION,
    TELEPICTURES PRODUCTIONS,
20  INC., WAD PRODUCTIONS, INC.
    (d/b/a "THE ELLEN DeGENERES
21  SHOW"), A VERY GOOD
    PRODUCTION, and CRAZY
22  MONKEY, INC. (d/b/a A VERY GOOD
    PRODUCTION),
23

24            Defendants.

25

26       Plaintiffs Interscope Records, Motown Record Company, L.P. and UMG

27  Recordings, Inc. (collectively "Plaintiffs") aver:

28

PRINTED ON
RECYCLED PAPER

6903062v1

1      1.     This is an action for direct, contributory and vicarious copyright

2  infringement arising out of the Defendants' willful conduct.  Plaintiffs are among the

3  world's leading record companies and own the rights to thousands of sound

4  recordings, including many of the most well-known and valuable sound recordings in

5  the world.  Plaintiffs incur tremendous expense in connection with the creation and

6  acquisition of such creative works and recoup their investment through the sale and

7  licensing of such works.

8      2.     Defendants create, produce, distribute and/or broadcast a daily

9  television show called *The Ellen DeGeneres Show* (the "Show").  In connection

10  therewith, Defendants have used without Plaintiffs' permission hundreds of sound

11  recordings owned or controlled by Plaintiffs.  Defendants used these recordings

12  (which included many of Plaintiffs' most valuable copyrighted works) in a number of

13  different segments on the Show, such as during the immensely popular dance

14  sequence following the opening monologue.

15      3.     Despite knowing that separate licenses were required to exploit

16  both the underlying musical compositions and the sound recordings, Defendants

17  made no effort to obtain the necessary rights related to the sound recordings.  Instead

18  of acquiring licenses for the use of the sound recordings, Defendants made the

19  conscious decision not to seek such licenses.  Incredibly, when Plaintiffs'

20  representatives asked Defendants' representatives why Defendants had failed to

21  obtain sound recording licenses, Defendants responded that they "did not roll that

22  way."  As sophisticated consumers of music, Defendants knew full well that,

23  regardless of the way they rolled, under the Copyright Act, and under state law for

24  the pre-1972 recordings, they needed a license to use the sound recordings lawfully.

## JURISDICTION AND VENUE

27      4.     This is a civil action seeking damages for copyright infringement

28  under the Copyright Act of the United States, 17 U.S.C. § 101 et seq., and under state

PRINTED ON
RECYCLED PAPER

1   law.

2         5.    This Court has jurisdiction of this action pursuant to 28 U.S.C. §§

3   1338 and 1367.

4         6.    This Court has personal jurisdiction over Defendants, which do

5   business in this judicial district and which transmit, distribute, broadcast and/or

6   authorize the broadcast of the Show in this state.

7         7.    Plaintiffs are doing business in this judicial district.

8         8.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)

9   and (c).  Defendants conduct business in this District and a substantial part of the

10  events giving rise to Plaintiffs' claims occurred in this District, including the creation

11  and production of the Show.

12

13                  **THE PARTIES**

14        9.    Plaintiff Interscope Records is a California general partnership.

15        10.    Plaintiff Motown Record Company, L.P., is a California limited

16  partnership.

17        11.    Plaintiff UMG Recordings, Inc. is a corporation duly organized

18  and existing under the laws of Delaware.

19        12.    Plaintiffs are engaged in the business of producing sound

20  recordings and manufacturing, distributing, selling and/or licensing the distribution

21  and sale of their sound recordings in phonorecords (as defined in 17 U.S.C. § 101) in

22  the United States.  Plaintiffs invest substantial sums of money, as well as time, effort,

23  and creative talent, to discover and develop recording artists, and to create,

24  manufacture, advertise, promote, sell and license phonorecords embodying the

25  performances of their exclusive recording artists, many of who live and/or work in

26  this District.

27        13.    Plaintiffs are the copyright owners of, or the owners of exclusive

28  rights in, thousands of sound recordings, including many of the most popular and

JMBM   Jeffer Mangels Butler & Marmaro LLP

1   well-known sound recordings in the world, including but not limited to the sound

2   recordings listed in Exhibit A, for which Plaintiffs have copyrights protected by the

3   Copyright Act, and in Exhibit B, in which Plaintiffs own certain rights protected by

4   state law.

5          14.    Defendant Time Warner, Inc. is a Delaware corporation with its

6   principal place of business in New York.  Time Warner Inc. is the world's third

7   largest media and entertainment conglomerate.  Time Warner Inc. creates, produces,

8   distributes, licenses and markets the Show throughout the United States.

9          15.    Defendant Warner Bros. Entertainment, Inc. is a Delaware

10   corporation, and a wholly owned subsidiary of Time Warner, Inc.  Warner Bros.

11   Entertainment, Inc. is a broad-based entertainment company that creates, produces,

12   distributes, licenses and markets the Show across all current and emerging media and

13   platforms.

14          16.    Defendant Warner Bros. Domestic Television Distribution is a

15   Delaware corporation, a wholly owned subsidiary of Time Warner, Inc.  Warner

16   Bros. Domestic Television Distribution distributes the Show to the domestic

17   television marketplace.

18          17.    Defendant Warner Bros. Television is an unincorporated

19   television production and distribution association of Warner Bros. Entertainment,

20   Inc., a wholly owned subsidiary of Time Warner, Inc.  Warner Bros. Television

21   oversees the production and distribution of the Show.

22          18.    Defendant Telepictures Productions, Inc. is a Delaware

23   corporation.  Telepictures Productions, Inc. produces the Show.

24          19.    Defendant WAD Productions, Inc. (d/b/a "The Ellen DeGeneres

25   Show") is a Delaware corporation.  WAD Productions, Inc. produces the Show.

26          20.    Defendant A Very Good Production is an unincorporated

27   association that co-produces the Show.

28          21.    Defendant Crazy Monkey, Inc. (d/b/a "A Very Good Production")

PRINTED ON
RECYCLED PAPER

JMBM · Jeffer Mangels Butler & Marmaro LLP

6903062v1

1    is a California corporation.  Ellen DeGeneres is the president of Crazy Monkey, Inc.

2    Upon information and belief, Crazy Monkey, Inc. (d/b/a "A Very Good Production")

3    produces and/or distributes the Show and/or has the right to control and authorize

4    such activities.

5           22.    Plaintiffs are informed and believe and on that basis allege that at

6    all times mentioned in this complaint, each of the Defendants was the agent of the

7    other Defendants and, in doing the things alleged in this complaint, was acting within

8    the course and scope of such agency.

9

10                                   **FACTS**

11          23.    Plaintiffs are among the world's leading record companies and

12   own the rights to thousands of sound recordings, including many of the most well-

13   known and valuable sound recordings in the world.

14          24.    The Show is a syndicated daytime television talk show hosted by

15   comedienne Ellen DeGeneres.  The Show is one of the highest-viewed daytime

16   shows, averaging approximately three million viewers per episode.  The Show is also

17   broadcast internationally and re-runs of the Show are broadcast in the off season.

18   The Show has won numerous Daytime Emmy Awards, including Emmys for Best

19   Talk Show and Talk Show Host.

20          25.    From the Show's inception, sound recordings owned by the

21   Plaintiffs have been incorporated into the Show without Plaintiffs' permission.

22   Specifically, Defendants used hundreds of sound recordings that are owned by one or

23   more of Plaintiffs, including recordings by many major current artists of popular

24   music, numerous Grammy and other award-winning recordings, and classic

25   recordings that have stood the test of time.  Defendants routinely used the most

26   popular and desirable sound recordings, which included many sound recordings that

27   Plaintiffs do not license for daytime television at any price.  The Show often uses the

28   same sound recordings in multiple episodes and multiple seasons.

JMBM  Jeffer Mangels
Butler & Marmaro LLP

PRINTED ON
RECYCLED PAPER

6903062v1                              - 5 -        Second Amended Complaint

26.     Plaintiffs' sound recordings are integral to the production of the Show.  They are fundamental to both the structure and the success of the Show.  For example, the recordings routinely accompany and facilitate the "dance over" segment that has been a fixed and essential element of the Show.  During this segment (which occurs after the opening monologue), Ms. DeGeneres engages in an extensive routine where she dances from the stage to the interview area (often through the audience).  The "dance over" segment, and the popular sound recordings that form a crucial part of it, are considered signature elements of the Show.  Indeed, in 2006, Defendants' efforts to shorten the "dance over" segment were met with thousands of objections from fans.  As a result, within a matter of days, the full "dance over" segment, utilizing popular sound recordings owned by Plaintiffs, returned.  Additionally, unlike most other talk shows, the Show uses a disc jockey to play the sound recordings that are featured during the show.

27.     Ms. DeGeneres has acknowledged the close relationship between the use of popular sound recordings and the success of the Show.  In an interview in 2005, Ms. DeGeneres stated that her intent "from the beginning" was to make music a featured aspect of the Show and that playing a variety of music would attract more viewers:

> Q:     Music is an integral part of your TV show.  Was it a conscious decision, from the start, to incorporate music and artists?
>
> A:     I always wanted a DJ from the beginning. And I thought the more types of music we played, the more types of viewers we'd get.

Defendants also tout the significance of the Show's use of the sound recordings on the official website http://ellen.warnerbros.com/.  Indeed, Ms. DeGeneres' public image has become so closely associated with music that she was selected as one of the judges on the hit prime-time music program *American Idol*, in which she critiques the

PRINTED ON
RECYCLED PAPER

JMBM  Jeffer Mangels
      Butler & Marmaro LLP

1    performances of and provides career advice to aspiring musical performers and

2    recording artists.

3         28.     Defendants' unlawful use of sound recordings extends beyond the

4    taping and copying of the Show for syndication. For example, clips from the

5    program featuring the sound recordings appear on the Show's official website. Such

6    clips continued to be available on the website even after the Plaintiffs notified

7    Defendants of Defendants' unlawful use of the sound recordings.

8         29.     Defendants' unauthorized use of Plaintiffs' sound recordings in the

9    Show constitutes infringement of Plaintiffs' exclusive rights and that infringement has

10    been willful. Defendants are sophisticated media companies with full knowledge of

11    the existence and import of the copyright laws. Indeed, many of Defendants

12    frequently bring legal actions to enforce their own copyrights. Also, Defendants have

13    full knowledge of the need to get licenses; many of Defendants routinely seek and

14    obtain sound recording licenses for their other television shows and movies. Finally,

15    Defendants sought and obtained licenses for many of the compositions embodied in

16    the sound recordings but decided that they would not get sound recording licenses

17    because "they did not roll that way." They did this despite acknowledging the legal

18    obligation to obtain licenses for use of the sound recordings. In fact, in a 2006

19    interview, Tony Okungbowa, the DJ who played the sound recordings for the first

20    three seasons of the Show and who returned as DJ for the most recent season, stated

21    that music had to be chosen ahead of time because "[t]here's clearance issues."

22

23                              **COUNT I**

24              **COPYRIGHT INFRINGEMENT**

25         30.     Plaintiffs reallege and incorporate by reference each of the

26    allegations in paragraphs 1 through 29 set forth above.

27         31.     Plaintiffs own the copyrights in the sound recordings listed in

28    Exhibit A. Plaintiffs expressly reserve the right to add additional copyrighted sound

JMBM  Jeffer Mangels Butler & Marmaro LLP

1  recordings that Defendants infringed which Plaintiffs expect will be identified in

2  discovery.

3        32.    In accordance with the Copyright Act, Plaintiffs, their

4  predecessors in interest, or their licensors have registered the copyrights to the sound

5  recordings listed in Exhibit A with the Copyright Office of the United States, or

6  applied for such registration, prior to commencement of this action.

7        33.    Without permission, Defendants have duplicated, distributed and

8  broadcast the sound recordings, or portions thereof, reflected in Exhibit A.

9  Additionally, upon information and belief, Plaintiffs believe Defendants have

10  duplicated, distributed, and broadcast additional sound recordings without Plaintiffs'

11  permission, and Plaintiffs reserve the right to amend the Complaint to add additional

12  claims under the Copyright Act.

13        34.    Defendants have infringed Plaintiffs' exclusive rights to the sound

14  recordings.

15        35.    Alternatively, with actual or constructive knowledge of the

16  infringing activity, Defendants have induced, caused and/or materially contributed to

17  the infringing conduct of others; and/or have failed to exercise their respective rights

18  and abilities to control the conduct of those responsible for infringement, while

19  deriving a financial benefit from the infringement.

20        36.    Defendants' conduct was intentional and willful and undertaken

21  with a complete disregard of Plaintiffs' rights.  Plaintiffs are entitled to statutory

22  damages under the Copyright Act or, alternatively, compensatory damages, including

23  but not limited to Defendants' profits attributable to the infringement.  Plaintiffs are

24  also entitled to their attorney's fees.

25        37.    Plaintiffs also are entitled to a temporary and final injunction to

26  prevent or restrain further infringements of Plaintiffs' copyright.

27

28

PRINTED ON
RECYCLED PAPER

6903062v1

Second Amended Complaint

Jeffer Mangels
Butler & Marmaro LLP

JMBM

## COUNT II

## <u>VIOLATION OF CALIFORNIA CIVIL CODE § 980(2)</u>

38.     Plaintiffs reallege and incorporate by reference each of the allegations in paragraphs 1 through 29 set forth above.

39.     Plaintiffs possess exclusive ownership interests in and to the sound recordings set forth in Exhibit B pursuant to California Civil Code § 980(a)(2) and under the common law.  Plaintiffs expressly reserve the right to add additional sound recordings that Defendants infringed which Plaintiffs expect will be identified in discovery.

40.     Defendants have violated Plaintiffs' exclusive ownership interests in and to the sound recordings set forth in Exhibit B.

41.     As a direct and proximate result of Defendants' conduct in violation of Plaintiffs' exclusive ownership interests in and to the sound recordings set forth in Exhibit B, Defendants have received proceeds and Plaintiffs have been damaged in an amount that shall be proved at trial.

42.     Plaintiffs also are entitled to a temporary and final injunction to prevent or restrain further infringements of Plaintiffs' exclusive ownership interests.

43.     Defendants are guilty of oppression, fraud and/or malice and Plaintiffs, in addition to their actual damages are, by reason thereof, entitled to recover exemplary and punitive damages against Defendants.

## COUNT III

## <u>VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200 AND COMMON LAW UNFAIR COMPETITION</u>

44.     Plaintiffs reallege and incorporate by reference each of the allegations in paragraphs 1 through 29 and 39 through 43 set forth above.

45.     The foregoing acts and conduct of Defendants constitute an appropriation and invasion of the property rights of Plaintiffs in and to the sound

PRINTED ON
RECYCLED PAPER

6903062v1

Second Amended Complaint

1  recordings set forth in Exhibit B, and constitute unfair competition under California

2  Business and Professions Code § 17200 and under the common law.

3       46.   As a direct and proximate result of Defendants' conduct, Plaintiffs

4  are entitled to recover all proceeds and other compensation received or to be received

5  by Defendants arising from their infringements of the sound recordings set forth in

6  Exhibit B.  Plaintiffs request the Court to order Defendants to render an accounting to

7  ascertain the amount of such profits and compensation.

8       47.   As a direct and proximate result of Defendants' unfair

9  competition, Plaintiffs have been damaged and Defendants have been unjustly

10 enriched, in an amount that shall be proved at trial for which damages and/or

11 restitution and disgorgement is appropriate.  Such damages and/or restitution and

12 disgorgement should include a declaration by this Court that Defendants are

13 constructive trustees for the benefit of Plaintiffs and an order that Defendants convey

14 to Plaintiffs all the gross receipts received or to be received that are attributable to

15 infringement of the sound recordings set forth in Exhibit B.

16      48.   Plaintiffs also are entitled to a temporary and final injunction to

17 prevent or restrain further infringements of Plaintiffs' exclusive ownership interests.

18      49.   Defendants are guilty of oppression, fraud and/or malice and

19 Plaintiffs, in addition to their actual damages are, by reason thereof, entitled to

20 recover exemplary and punitive damages against Defendants.

21

22      WHEREFORE, Plaintiffs demand the following relief:

23      1.   On Count I, for maximum statutory damages in the amount of not

24 less than $150,000 with respect to each copyrighted work infringed, or for such other

25 amount as may be proper pursuant to 17 U.S.C. § 504(c), or in the alternative for an

26 award of Defendants' profits and for compensatory damages according to proof;

27      2.   On Counts II and III, for an accounting, the imposition of a

28 constructive trust, restitution of Defendants' unlawful proceeds, and damages

6903062v1

Second Amended Complaint

PRINTED ON
RECYCLED PAPER

1  according to proof;

2        3.      On Counts II and III, for punitive and exemplary damages in such

3  amount as may be awarded at trial;

4        4.      On all counts, a temporary and final injunction to prevent or

5  restrain further infringements and misappropriations of Plaintiffs' copyrights and

6  exclusive ownership interests.

7        5.      For prejudgment interest;

8        6.      For Plaintiffs' costs, including their attorneys' fees; and

9        7.      For such other and further relief as the Court may deem just and

10  proper.

11

12                              **JURY DEMAND**

13        Plaintiffs hereby demand trial by jury on all issues triable to a jury.

14

15  Dated:  April 12, 2010          JEFFREY D. GOLDMAN

16                                  RYAN S. MAUCK

17                                  BRIAN M. YATES

                                    JEFFER, MANGELS, BUTLER & MARMARO LLP

18

19

20  By: _____

21                                  Jeffrey D. Goldman

                                    Attorneys for Plaintiffs INTERSCOPE RECORDS,

22                                  MOTOWN RECORD COMPANY, L.P., and UMG

                                    RECORDINGS, INC.

23

24

25

26

27

28

## Exhibit A

| Artist | Track | Registration No. | Label |
|---|---|---|---|
| Big Bad Voodoo Daddy | GO DADDY-O | SR 246 224 | IR |
| Big Bad Voodoo Daddy | YOU AND ME AND THE BOTTLE MAKES THREE TONIGHT | SR 246 224 | IR |
| Marilyn Manson | SWEET DREAMS (ARE MADE OF THIS) | SR 206 722 | IR |
| Moulin Rouge | Various | SR 303 278 | IR |
| Ringside | STRUGGLE | SR 369 173 | IR |
| Boyz II Men | I'LL MAKE LOVE TO YOU | SR 195 914 | MRC |
| Brian McKnight | WHEN YOU WANNA COME | SR 301 470 | MRC |
| Commodores | MACHINE GUN | RE 867 702 (N15097) | MRC |
| Dazz Band | LET IT WHIP | SR 32 867 | MRC |
| DeBarge | RHYTHM OF THE NIGHT | SR 60 768 | MRC |
| Diana Ross (1980) | UPSIDE DOWN | SR 17 850 | MRC |
| Diana Ross | THE BOSS | SR 9 137 | MRC |
| Gladys Knight | IT'S ALL OVER BUT THE SHOUTIN' | RE 867 243 (N13127) | MRC |
| Jackson 5 | DANCING MACHINE | RE 867 013 (N13244) | MRC |
| Jermaine Jackson | LET'S GET SERIOUS | SR 16 301 | MRC |
| Lionel Richie | ALL NIGHT LONG (ALL NIGHT) | SR 47 606 | MRC |
| Lionel Richie & Diana Ross; Luther Vandr | ENDLESS LOVE | SR 148 391 | MRC |
| Marvin Gaye | GOT TO GIVE IT UP | RE 908 197 (N42204) | MRC |
| Mary Jane Girls | IN MY HOUSE | SR 61 336 | MRC |
| Queen Latifah | U.N.I.T.Y. | SR 200 660 | MRC |
| Rick James | GIVE IT TO ME BABY | SR 25 800 | MRC |
| Rick James | MR. POLICEMAN | SR 25 800 | MRC |
| Rick James | SUPERFREAK | SR 25 800 | MRC |
| Rockwell | SOMEBODY'S WATCHING ME | SR 51 899 | MRC |
| Smokey Robinson | CRUISIN' | SR 9 134 | MRC |
| Stevie Wonder | SUPERSTITION | RE 852 322 (N3886) | MRC |
| Stevie Wonder | YOU ARE THE SUNSHINE OF MY LIFE | RE 852 322 (N3886) | MRC |
| Stevie Wonder | GOLDEN LADY | RE 860 324 (N8448) | MRC |
| Stevie Wonder | LIVING FOR THE CITY | RE 860 324 (N8448) | MRC |
| Stevie Wonder | AS | RE 908 597 (N35749) | MRC |
| Stevie Wonder | I WISH | RE 908 597 (N35749) | MRC |

| Artist | Title | Registration | Label |
|---|---|---|---|
| Stevie Wonder | ISN'T SHE LOVELY | RE 908 597 (N35749) | MRC |
| Stevie Wonder | SIR DUKE | RE 908 597 (N35749) | MRC |
| Stevie Wonder | FUN DAY | SR 129 870 | MRC |
| Stevie Wonder | DO I DO | SR 34 977 | MRC |
| Teena Marie | SQUARE BIZ | SR 26 825 | MRC |
| Temptations | PAPA WAS A ROLLING STONE | RE 852 265 (N3882) | MRC |
| The Commodores | SAIL ON | SR 10 629 | MRC |
| The Commodores | THREE TIMES A LADY | SR 3 732 | MRC |
| Willie Hutch | FOXY LADY (THEME OF) | RE 867 661 (N14280) | MRC |
| "Grease" Soundtrack | GREASED LIGHTNIN' from "GREASE" | SR 3 826 | UMG |
| 3 Doors Down | LET ME GO | SR 368 870 | UMG |
| 50 Cent | IN DA CLUB | SR 323 562 | UMG |
| 50 Cent Featuring Olivia | CANDY SHOP | SR 366 051 | UMG |
| A3 | WOKE UP THIS MORNING (CHOSEN ONE MIX) | SR 251 994 | UMG |
| Aaron Neville | LOUISIANA 1927 | SR 133 880 | UMG |
| ABBA | S.O.S. | N26084 | UMG |
| ABC | THE LOOK OF LOVE | SR 49 129 | UMG |
| ABC | HOW TO BE A MILLIONAIRE | SR 66 964 | UMG |
| Akon | BANANZA (BELLY DANCER) | SR 345 008 | UMG |
| Akon | SMACK THAT | SR 411 449 | UMG |
| Akon | BEAUTIFUL | SR 620 196 | UMG |
| Akon | RIGHT NOW (NA NA NA) | SR 620 197 | UMG |
| Akon & Sweet Rush | TROUBLE MAKER | SR 620 198 | UMG |
| Alicia Bridges | I LOVE THE NIGHTLIFE | SR 2 686 | UMG |
| All American Rejects | DIRTY LITTLE SECRET | SR 377 900 | UMG |
| Amy Winehouse | REHAB | SR 410 095 | UMG |
| Amy Winehouse | VALERIE | Application Pending | UMG |
| Andrew WK | I LOVE NYC | SR 311 332 | UMG |
| Aqua | HALLOWEEN | SR 284 437 | UMG |
| Ashlee Simpson | PIECES OF ME | SR 358 548 | UMG |
| Ashley Simpson | L.O.V.E. | SR 381 903 | UMG |
| Asia | HEAT OF THE MOMENT | SR 33 700 | UMG |
| Audioslave | DOESN'T REMIND ME | SR 373 489 | UMG |
| Barry White | CAN'T GET ENOUGH OF YOUR LOVE, BABE | N 18558 | UMG |

| | | | |
|---|---|---|---|
| Barry White | YOU'RE THE FIRST, THE LAST, MY EVERYTHING | N18564 | UMG |
| Beck | BLACK TAMBOURINE | SR 372 955 | UMG |
| Bel Biv DeVoe | POISON | SR 117 089 | UMG |
| Berlin | NO MORE WORDS | SR 53 559 | UMG |
| Billie Myers | KISS THE RAIN | SR 245 335 | UMG |
| Billy Ray Cyrus | ACHY BREAKY HEART | SR 145 691 | UMG |
| Black Eyed Peas | HEY MAMA | SR 334 398 | UMG |
| Black Eyed Peas | SHUT UP | SR 334 398 | UMG |
| Black Eyed Peas | THE BOOGIE THAT BE | SR 334 398 | UMG |
| Black Eyed Peas | LET'S GET IT STARTED (NBA/ESPN REMIX) | SR 356 340 | UMG |
| Black Eyed Peas | DON'T PHUNK WITH MY HEART | SR 374 175 | UMG |
| Black Eyed Peas | PUMP IT | SR 378 166 | UMG |
| Black Eyed Peas | DON'T LIE (NO NO NO) | SR 378 166 | UMG |
| Black Eyed Peas | MY HUMPS | SR 378 166 | UMG |
| Black Sheep | THE CHOICE IS YOURS (REVISITED) | SR 307 061 | UMG |
| Blackstreet | NO DIGGITY | SR 229 817 | UMG |
| Blink 182 | ALL THE SMALL THINGS | SR 279 826 | UMG |
| Blues Traveler | RUN-AROUND | SR 209 359 | UMG |
| Bob Marley & The Wailers | GET UP, STAND UP | Nf 137 | UMG |
| Bobby Brown | DON'T BE CRUEL | SR 93 152 | UMG |
| Bobby Brown | EVERY LITTLE STEP | SR 93 332 | UMG |
| Bon Jovi | IT'S MY LIFE | SR 281 803 | UMG |
| Bon Jovi | WHO SAYS YOU CAN'T GO HOME | SR 382 491 | UMG |
| Bon Jovi | LIVING ON A PRAYER | SR 71 794 | UMG |
| Bon Jovi | YOU GIVE LOVE A BAD NAME | SR 71 794 | UMG |
| Bryan Adams | CUTS LIKE A KNIFE | SR 41 955 | UMG |
| BTO | YOU AIN'T SEEN NOTHIN' YET | RE 867 388 (N18338) | UMG |
| Busta Rhymes | DON'T TOUCH ME (THROW DA WATER ON 'EM) | SR 612 216 | UMG |
| Captain & Tennille | LOVE WILL KEEP US TOGETHER | RE 888 375 (N24154) | UMG |
| Cardigans | LOVEFOOL | SR 236 200 | UMG |
| Carl Carlton | BAD MAMA JAMA (SHE'S A) | SR 27 012 | UMG |
| Carpenters | PLEASE MR. POSTMAN | RE 867 491 (N19631) | UMG |
| CeCe Penniston | FINALLY | SR 279 579 | UMG |
| Chamillionaire | RIDIN' | SR 381 901 | UMG |

| Artist | Title | Number | Label |
|---|---|---|---|
| Cher | IF I COULD TURN BACK TIME | SR 107 164 | UMG |
| Christina Milian | DIP IT LOW | SR 352 822 | UMG |
| Christina Milian | SAY I | SR 385 673 | UMG |
| Chumbawumba | TUBTHUMPING | SR 243 897 | UMG |
| Club 69 | MUCH BETTER | SR 245 728 | UMG |
| Commodores | BRICK HOUSE | RE 926 332 (N42203) | UMG |
| Common | UNIVERSAL MIND CONTROL | SR 619 987 | UMG |
| Cooler Kids | ALL AROUND THE WORLD | SR 335 135 | UMG |
| Donna Summer | LOVE TO LOVE YOU BABY | RE 888 115 (N26294) | UMG |
| Donna Summer | LAST DANCE | SR 2 131 | UMG |
| Donna Summer | LOVE IS IN CONTROL (FINGER ON THE TRIGGER) | SR 36 417 | UMG |
| Donna Summer | SHE WORKS HARD FOR THE MONEY | SR 50 626 | UMG |
| Donna Summer | HEAVEN KNOWS | SR 6 683 | UMG |
| Donna Summer | BAD GIRLS | SR 8 940 | UMG |
| Donna Summer, DJ Miko | HOT STUFF | SR 8 328 | UMG |
| Duffy | MERCY | SR 613 340 | UMG |
| Elton John | MONA LISAS AND MAD HATTERS PT 1 | N 1989 | UMG |
| Elton John | SATURDAY NIGHT'S ALRIGHT FOR FIGHTING | N10950 | UMG |
| Elton John | THE BITCH IS BACK | N17239 | UMG |
| Elton John | ROCKET MAN | N1989 | UMG |
| Elton John | DON'T GO BREAKING MY HEART | N37165 | UMG |
| Elton John | CROCODILE ROCK | N6759 | UMG |
| Elton John | PHILADELPHIA FREEDOM | RE 887 755 (N22622) | UMG |
| Elton John | SOMEONE SAVED MY LIFE TONIGHT | RE 888 105 (N26203) | UMG |
| Elton John | I WANT LOVE | SR 303 795 | UMG |
| Elton John | IM STILL STANDING | SR 46 348 | UMG |
| Enrique Iglesias | ADDICTED | SR 345 488 | UMG |
| Eric B & Rakim | JUICE (KNOW THE LEDGE) | SR 143 980 | UMG |
| Eve | SATISFACTION | SR 321 814 | UMG |
| Eve | TAMBOURINE | SR 407 756 | UMG |
| Eve feat. Gwen Stefani | LET ME BLOW YA MIND | SR 293 364 | UMG |
| Fergie | GLAMOROUS | SR 393 675 | UMG |
| Floetry | SUPASTAR | SR 379 530 | UMG |
| Foxy Brown | CANDY | SR 288 745 | UMG |

| Artist | Title | Registration | Label |
|---|---|---|---|
| from musical "Dreamgirls" | AND I AM TELLING YOU I'M NOT GOING | SR 36 407 | UMG |
| from musical "Dreamgirls" | ONE NIGHT ONLY | SR 36 407 | UMG |
| Gloria Gaynor | NEVER CAN SAY GOODBYE | N22648 | UMG |
| Grace Jones | PULL UP TO THE BUMPER | SR 26 293 | UMG |
| Gwen Stefani | HOLLA BACK GIRL | SR 364 759 | UMG |
| Gwen Stefani | RICH GIRL | SR 364 759 | UMG |
| Gwen Stefani | WHAT YA WAITING FOR | SR 400 613 | UMG |
| Gwen Stefani | WIND IT UP | SR 400 614 | UMG |
| Gwen Stefani | THE SWEET ESCAPE | SR 238 338 | UMG |
| Hanson | MMM BOP | Application Pending | UMG |
| Heavy D | NOW THAT WE FOUND LOVE | SR 400 407 | UMG |
| India Arie | JUST FOR TODAY | SR 49 252 | UMG |
| Irene Cara | FLASHDANCE (WHAT A FEELING) | SR 301 537 | UMG |
| Ja Rule | LIVIN IT UP | SR 355 550 | UMG |
| Jack Johnson | BUBBLE TOES | SR 383 642 | UMG |
| Jack Johnson | THE THREE R'S | N18792 | UMG |
| James Brown | PAPA DON'T TAKE NO MESS | RE 852 223 (N1380) | UMG |
| James Brown | GIVIN' UP FOOD FOR FUNK | RE 860 069 (N11869) | UMG |
| James Brown | MIND POWER | RE 860 120 (N7710) | UMG |
| James Brown | FUNKY GOOD TIME (aka GONNA HAVE A FUNKY GOOD TIME) | RE 860 444 (N11152) | UMG |
| James Brown | STONE TO THE BONE | RE 873 516 (N20739) | UMG |
| James Brown | FUNKY PRESIDENT (PEOPLE IT'S BAD) | RE 883 165 (N3244) | UMG |
| James Brown | GET ON THE GOOD FOOT | RE 883 165 (N3244) | UMG |
| James Brown | GET UP OFFA THAT THING | RE 888 448 (N26491) | UMG |
| James Brown | SUPER BAD SUPER SLICK | SR 394 380 | UMG |
| James Morrison | UNDER THE INFLUENCE | SR 110 724 | UMG |
| Janet Jackson | MISS YOU MUCH | SR 110 724 | UMG |
| Janet Jackson | RHYTHM NATION | SR 69 529 | UMG |
| Janet Jackson | NASTY | SR 69 529 | UMG |
| Janet Jackson | PLEASURE PRINCIPLE | Application Pending | UMG |
| Janet Jackson | FEEDBACK | SR 295 613 | UMG |
| Jay-Z | I JUST WANNA LOVE U (GIVE IT 2 ME) | SR 303 169 | UMG |
| Jay-Z | IZZO (H.O.V.A.) | SR 337 758 | UMG |
| Jay-Z | CHANGE CLOTHES | | UMG |

| | | | |
|---|---|---|---|
| Jay-Z | SHOW ME WHAT YOU GOT | Application Pending | UMG |
| Jimmy Fallon | IDIOT BOYFRIEND | SR 322 708 | UMG |
| Jody Watley | FRIENDS | SR 102 480 | UMG |
| Joey Ramone | LOOKING FOR A NEW LOVE | SR 79 330 | UMG |
| Juelz Santana | MARIA BARTIROMO | SR 314 666 | UMG |
| JUNIOR | THERE IT GO (THE WHISTLE SONG) | SR 382 634 | UMG |
| Kanye West | MAMA USED TO SAY | SR 43 112 | UMG |
| Kanye West | JESUS WALKS | SR 347 391 | UMG |
| Kanye West | LAST CALL | SR 347 391 | UMG |
| Kanye West | HEY MAMA | SR 372 867 | UMG |
| Kanye West | TOUCH THE SKY | SR 372 867 | UMG |
| Kanye West | GOLD DIGGER | SR 377 885 | UMG |
| Kanye West | STRONGER | SR 615 019 | UMG |
| Kanye West | FLASHING LIGHTS | SR 615 020 | UMG |
| Kanye West | GLORY | SR 615 020 | UMG |
| Kanye West | LOVE LOCKDOWN | SR 618 708 | UMG |
| Kayne West | HOMECOMING | SR 615 020 | UMG |
| Keane | IS IT ANY WONDER? | SR 392 919 | UMG |
| Kenna | OUT OF CONTROL (STATE OF EMOTION) | SR 614 700 | UMG |
| Killers | HUMAN | SR 619 236 | UMG |
| Kiss | ROCK AND ROLL ALL NITE | RE 887 960 (N26573) | UMG |
| Kiss | CALLING DR. LOVE | RE 908 713 (N37138) | UMG |
| Kiss | TALK TO ME | SR 18 841 | UMG |
| Kool & The Gang | FUNKY STUFF | N9713 | UMG |
| Kool & The Gang | HOLLYWOOD SWINGING | N9713 | UMG |
| Kool & The Gang | JUNGLE BOOGIE | N9713 | UMG |
| Kool & The Gang | CELEBRATION | SR 23 539 | UMG |
| Kool & The Gang | LADIES NIGHT | SR 23 950 | UMG |
| Kool & The Gang | GET DOWN ON IT | SR 30 574 | UMG |
| Kool & The Gang | BIG FUN | SR 42 546 | UMG |
| Kool & The Gang | EMERGENCY | SR 69 703 | UMG |
| Lady Gaga | JUST DANCE | SR 613 221 | UMG |
| Limp Bizkit | FAITH | SR 238 798 | UMG |
| LIPPS | FUNKYTOWN | SR 15 523 | UMG |

| Artist | Title | Number | Label |
|---|---|---|---|
| Live | I ALONE | SR 187 926 | UMG |
| LL Cool J | HEADSPRUNG | SR 355 098 | UMG |
| LL Cool J | BABY | SR 616 469 | UMG |
| LL Cool J | AROUND THE WAY GIRL | SR 123 555 | UMG |
| LL Cool J | MAMA SAID KNOCK YOU OUT | SR 123 555 | UMG |
| Love Unlimited Orchestra | LOVE'S THEME | N13320 | UMG |
| LTD | (EVERYTIME I TURN AROUND) BACK IN LOVE AGAIN | RE 926 402 (N43656) | UMG |
| LTD | BACK IN LOVE AGAIN | RE 926 402 (N43656) | UMG |
| Ludacris | ROLLOUT (MY BUSINESS) | SR 303 066 | UMG |
| Ludacris | NUMBER ONE SPOT | SR 364 863 | UMG |
| Ludacris | PIMPIN ALL OVER THE WORLD | SR 364 863 | UMG |
| Ludacris feat. Pharrell | MONEY MAKER | SR 398 765 | UMG |
| Ludacris ft. Chris Brown & Sean Garrett | WHAT THEM GIRLS LIKE | SR 617 041 | UMG |
| Lumidee | NEVER LEAVE YOU (Uh Oooh, Uh Oooh) | SR 334 299 | UMG |
| Lyn Collins | THINK (ABOUT IT) | RE 852 198 (N942) | UMG |
| Lynard Skynard | FREE BIRD | RE 860 347 (N8871) | UMG |
| Lynard Skynard | SATURDAY NIGHT SPECIAL | RE 887 760 (N22839) | UMG |
| Lynard Skynard | WHATS YOUR NAME | RE 926 484 (N46364) | UMG |
| Lynn Collins | ROCK ME AGAIN AND AGAIN AND AGAIN… | RE 867 525 (N20041) | UMG |
| Lynyrd Skynyrd | CALL ME THE BREEZE | RE 867 684 (N14724) | UMG |
| Lynyrd Skynyrd | THAT SMELL | RE 926 484 (N46364) | UMG |
| Madness | OUR HOUSE | SR 45 829 | UMG |
| Mariah Carey | IT'S LIKE THAT | SR 366 396 | UMG |
| Mariah Carey | SHAKE IT OFF | SR 370 795 | UMG |
| Mariah Carey | WE BELONG TOGETHER | SR 370 795 | UMG |
| Mariah Carey | TOUCH MY BODY | SR 612 879 | UMG |
| Mariah Carey feat. Nelly | TO THE FLOOR | SR 370 795 | UMG |
| Marky Mark & The Funky Bunch | GOOD VIBRATIONS | SR 134 780 | UMG |
| Maroon 5 | THIS LOVE | SR 348 508 | UMG |
| Maroon 5 | MAKES ME WONDER | SR 357 928 | UMG |
| Maroon 5 & Rihanna | IF I NEVER SEE YOUR FACE AGAIN | SR 616 721 | UMG |
| Marques Houston | I LIKE IT | SR 402 249 | UMG |
| Mary J Blige | JUST FINE | SR 622 425 | UMG |
| Mary J. Blige | REAL LOVE | SR 149 212 | UMG |

| Artist | Title | Number | Label |
|---|---|---|---|
| Mary J. Blige | FAMILY AFFAIR | SR 301 461 | UMG |
| Mary J. Blige | NO MORE DRAMA | SR 301 461 | UMG |
| Mary J. Blige | LOVE @ 1ST SIGHT | SR 340 891 | UMG |
| Mary J. Blige | OOH! | SR 346 345 | UMG |
| Men Without Hats | BE WITHOUT YOU | SR 386 938 | UMG |
| MIA | POP GOES THE WORLD | SR 87 487 | UMG |
| Michael McDonald | PAPER PLANES | SR 631 449 | UMG |
| Michael McDonald | REACH OUT I'LL BE THERE | SR 362 086 | UMG |
| Michael Sembello | SWEET FREEDOM | SR 79 282 | UMG |
| Mighty Mighty Bosstones | MANIAC | SR 49 252 | UMG |
| Mika | THE IMPRESSION THAT I GET | SR 214 127 | UMG |
| Mika | BIG GIRL (YOU ARE BEAUTIFUL) | SR 407 292 | UMG |
| Mika | GRACE KELLY | SR 407 292 | UMG |
| Motorhead | LOVE TODAY | SR 407 292 | UMG |
| Mr. Cheeks | ACE OF SPADES | SR 23 887 | UMG |
| Murphy Lee | LIGHTS, CAMERA, ACTION! | SR 301 114 | UMG |
| Murphy Lee & Jermaine Dupri | SHAKE YA TAILFEATHER | SR 341 649 | UMG |
| Nazareth | WHAT DA HOOK GON BE | SR 341 649 | UMG |
| Ne Yo | LOVE HURTS | RE 887 797 (N23222) | UMG |
| Ne Yo | CLOSER | SR 612 632 | UMG |
| Nelly | MISS INDEPENDENT | SR 616 457 | UMG |
| Nelly | COUNTRY GRAMMAR | SR 277 403 | UMG |
| Nelly | HOT IN HERRE | SR 315 537 | UMG |
| Nelly | NUMBER 1 | SR 315 537 | UMG |
| Nelly | PRETTY TOES | SR 358 551 | UMG |
| Nelly | TILT YA HEAD BACK | SR 358 561 | UMG |
| Nelly | FLAP YOUR WINGS | SR 360 664 | UMG |
| Nelly | GRILLZ | SR 382 837 | UMG |
| Nelly | ERRTIME | Application Pending | UMG |
| Nelly Furtado | I'M LIKE A BIRD | SR 289 461 | UMG |
| Nelly Furtado | MANEATER | SR 387 509 | UMG |
| Nelly Furtado | NO HAY IGUAL | SR 387 509 | UMG |
| Nelly Furtado feat. Timbaland | PROMISCUOUS | SR 391 618 | UMG |
| New Edition | WHAT'S YOUR NAME | SR 81 790 | UMG |

| Artist | Title | Registration | Label |
|---|---|---|---|
| Nicole Scherzinger | BABY LOVE | SR 615 306 | UMG |
| Nina Sky | MOVE YA BODY | SR 354 379 | UMG |
| No Doubt | DONT SPEAK | SR 206 724 | UMG |
| No Doubt | JUST A GIRL | SR 206 724 | UMG |
| No Doubt | SPIDERWEBS | SR 206 724 | UMG |
| No Doubt | HELLA GOOD | SR 305 872 | UMG |
| No Doubt | HEY BABY | SR 305 872 | UMG |
| Ohio Players | FIRE | RE 867 475 (N19478) | UMG |
| Ohio Players | JIVE TURKEY | RE 867 682 (N14646) | UMG |
| Ohio Players | LOVE ROLLERCOASTER | RE 888 099 (N26100) | UMG |
| Oingo Boingo | WEIRD SCIENCE | SR 80 070 | UMG |
| OLIVIA NEWTON JOHN | PHYSICAL | SR 32 995 | UMG |
| One Way | YOU CAN DO IT | SR 13 652 | UMG |
| One Way | CUTIE PIE | SR 35 015 | UMG |
| Parliament | TEAR THE ROOF OFF THE SUCKER (GIVE UP THE FUNK) | RE 888 667 (N30292) | UMG |
| Parliament | FLASHLIGHT | SR 2 190 | UMG |
| Patti LaBelle | NEW ATTITUDE | SR 60 095 | UMG |
| Peaches & Herb | REUNITED | SR 3 995 | UMG |
| Peaches & Herb | SHAKE YOUR GROOVE THING | SR 3 995 | UMG |
| Peter Gabriel | SOLSBURY HILL | SR 46 167 | UMG |
| Peter Gabriel | SLEDGEHAMMER | SR 70 864 | UMG |
| Pointer Sisters | YES WE CAN CAN | N 6947 | UMG |
| Police | IF YOU LOVE SOMEBODY SET THEM FREE | SR 63 226 | UMG |
| Pussycat Dolls | DONT CHA | SR 374 410 | UMG |
| Pussycat Dolls | LOOSEN UP MY BUTTONS | SR 377 102 | UMG |
| Pussycat Dolls | WAIT A MINUTE | SR 377 102 | UMG |
| Pussycat Dolls | WHEN I GROW UP | SR 612 860 | UMG |
| Q-Tip | VIVRANT THING | SR 272 060 | UMG |
| Reba McEntire | I'M A SURVIVOR | SR 300 763 | UMG |
| Rhett Akins | SHE'S GOT EVERYTHING MONEY CAN'T BUY | SR 247 887 | UMG |
| Rihanna | PON DE REPLAY | SR 372 611 | UMG |
| Rihanna | S.O.S. | SR 387 137 | UMG |
| Rihanna | DONT STOP THE MUSIC | SR 411 459 | UMG |
| Rihanna | SHUT UP AND DRIVE | SR 411 459 | UMG |

| Artist | Title | Registration | Label |
|---|---|---|---|
| Rihanna | DISTURBIA | SR 616 718 | UMG |
| Rihanna feat. Jay-Z | UMBRELLA | SR 411 460 | UMG |
| Robert Palmer | BAD CASE OF LOVING YOU (DOCTOR, DOCTOR) | SR 10 840 | UMG |
| Robin Thicke | MAGIC | SR 622 566 | UMG |
| Rose Royce | CAR WASH | RE 908 095 (N35737) | UMG |
| Rose Royce | PUT YOUR MONEY WHERE YOUR MOUTH IS | RE 908 095 (N35737) | UMG |
| Roy Ayers | RUNNING AWAY | RE 926 380 (N42980) | UMG |
| Rufus/Chaka Kahn | TELL ME SOMETHING GOOD | RE 867 654 (N13949) | UMG |
| Rush | TOM SAWYER | SR 31 114 | UMG |
| Salt N Pepa | SHOOP | SR 190 603 | UMG |
| SALT 'N' PEPA | LET'S TALK ABOUT SEX | SR 137 242 | UMG |
| Salt-N-Pepa | PUSH IT | SR 94 339 | UMG |
| Salt-N-Pepa featuring En Vogue | WHATTA MAN | SR 190 603 | UMG |
| Sammy Hagar | I CAN'T DRIVE 55 | SR 56 455 | UMG |
| Scissor Sisters | TAKE YOUR MAMA OUT | SR 355 220 | UMG |
| Scissor Sisters | I DON'T FEEL LIKE DANCING | SR 398 535 | UMG |
| Sheryl Crow | LEAVING LAS VEGAS | SR 209 823 | UMG |
| Sheryl Crow | IF IT MAKES YOU HAPPY | SR 233 366 | UMG |
| Sheryl Crow | A CHANGE WOULD DO YOU GOOD | SR 245 347 | UMG |
| Sheryl Crow | EVERYDAY IS A WINDING ROAD | SR 245 347 | UMG |
| Sheryl Crow | SOAK UP THE SUN | SR 311 757 | UMG |
| Sheryl Crow | FIRST CUT IS THE DEEPEST | SR 350 992 | UMG |
| Shop Boyz | PARTY LIKE A ROCK STAR | SR 609 564 | UMG |
| Smashmouth | WALKIN' ON THE SUN | SR 238 756 | UMG |
| Smashmouth | ALL STAR | SR 264 519 | UMG |
| Snoop Dogg | DROP IT LIKE IT'S HOT | SR 362 084 | UMG |
| Snoop Dogg | SIGNS | SR 364 858 | UMG |
| Snoop Dogg | SENSUAL SEDUCTION | SR 627 984 | UMG |
| Snoop Doggy Dogg | WHAT'S MY NAME | SR 212 342 | UMG |
| Snow Patrol | CHASING CARS | SR 394 022 | UMG |
| Souljah Boy Tell'em | SOULJA GIRL | SR 615 189 | UMG |
| Souljah Boy Tell'em | CRANK THAT | SR 615 191 | UMG |
| Squeeze | BLACK COFFEE IN BED | SR 35 511 | UMG |
| Stereo MC's | CONNECTED | SR 150 413 | UMG |

| Artist | Title | Catalog | Label |
|---|---|---|---|
| Steve Winwood | VALERIE | SR 37 322 | UMG |
| Steve Winwood | HIGHER LOVE | SR 75 482 | UMG |
| Stevie Wonder | SO WHAT THE FUSS | SR 382 094 | UMG |
| Sting | IF I EVER LOSE MY FAITH IN YOU | SR 175 546 | UMG |
| Sting | DON'T STAND SO CLOSE TO ME | SR 21 466 | UMG |
| Sting | BRAND NEW DAY | SR 271 015 | UMG |
| Sting | DESERT ROSE | SR 271 015 | UMG |
| Sting | ENGLISHMAN IN NEW YORK | SR 85 672 | UMG |
| Styx | COME SAIL AWAY | RE 926 401 (N46354) | UMG |
| Styx | MISTER ROBOTO | SR 43 129 | UMG |
| Sum 41 | PIECES | SR 364 835 | UMG |
| Swizz Beatz | IT'S ME SNITCHES | SR 615 141 | UMG |
| Tears For Fears | EVERYBODY WANTS TO RULE THE WORLD | SR 60 715 | UMG |
| Terror Squad | LEAN BACK | SR 357 409 | UMG |
| The Commodores | SQUEEZE THE FRUIT | RE 926 332 (N42203) | UMG |
| The Gap Band | BURN RUBBER ON ME | SR 23 665 | UMG |
| The Gap Band | EARLY IN THE MORNING | SR 36 081 | UMG |
| The Gap Band | TALKIN' BACK | SR 36 081 | UMG |
| The Gap Band | YOU DROPPED A BOMB ON ME | SR 36 081 | UMG |
| The Jam | A TOWN CALLED MALICE | SR 49 264 | UMG |
| The Killers | MR. BRIGHTSIDE | SR 355 962 | UMG |
| The Killers | READ MY MIND | SR 398 798 | UMG |
| The Neville Brothers | BROTHER JAKE | SR 122 745 | UMG |
| The Pogues | BOTTLE OF SMOKE | SR 91 684 | UMG |
| The Police | EVERY LITTLE THING SHE DOES IS MAGIC | SR 30 222 | UMG |
| The Police | SPIRITS IN THE MATERIAL WORLD | SR 30 222 | UMG |
| The Police | ROXANNE | SR 6 942 | UMG |
| The Police | SO LONELY | SR 6 942 | UMG |
| The Village People | MACHO MAN | SR 3 084 | UMG |
| The Who | WHO ARE YOU | SR 2 995 | UMG |
| Three Doors Down | KRYPTONITE | SR 277 407 | UMG |
| Timbaland | WAY I ARE | SR 411 631 | UMG |
| Timbaland feat Justin Timberlake & Nelly | GIVE IT TO ME | SR 406 964 | UMG |
| Tom Petty | RUNNIN' DOWN A DREAM | SR 103 541 | UMG |

| Artist | Title | Label | Number |
|---|---|---|---|
| Tony! Toni! Tone! | FEELS GOOD | UMG | SR 121 064 |
| Trisha Yearwood | HOW DO I LIVE | UMG | SR 238 476 |
| U2 | MYSTERIOUS WAYS | UMG | SR 139 599 |
| U2 | POP MUZIK | UMG | SR 235 878 |
| U2 | NEW YORK | UMG | SR 294 631 |
| U2 | VERTIGO | UMG | SR 361 556 |
| U2 | CITY OF BLINDING LIGHTS | UMG | SR 362 201 |
| U2 | THE SAINTS ARE COMING | UMG | SR 400 229 |
| U2 | BEAUTIFUL DAY | UMG | SR 613 548 |
| U2 | ANGEL OF HARLEM | UMG | SR 99 818 |
| Vanessa Williams | SAVE THE BEST FOR LAST | UMG | SR 141 365 |
| Vanessa Williams | THE RIGHT STUFF | UMG | SR 93 101 |
| Village People | Y.M.C.A | UMG | SR 3 730 |
| Wang Chung | DANCE HALL DAYS | UMG | SR 51 795 |
| Wang Chung | EVERYBODY HAVE FUN TONIGHT | UMG | SR 71 890 |
| Wang Chung | HYPNOTIZE ME | UMG | SR 72 520 |
| Weezer | BUDDY HOLLY | UMG | SR 187 644 |
| Weezer | BEVERLY HILLS | UMG | SR 377 899 |
| Will I Am | IT'S A NEW DAY | UMG | SR 622 362 |
| Will Smith | SWITCH | UMG | SR 370 038 |
| Will.I.Am | I GOT IT FROM MY MAMA | UMG | SR 615 185 |
| Young Jeezy | LET'S GET IT | UMG | SR 375 159 |

# Exhibit B

| Artist | Track | Label |
|---|---|---|
| Temptations | SUPERSTAR (REMEMBER HOW YOU GOT WHERE YOU ARE) | MRC |
| The Miracles | SHOP AROUND | MRC |
| Benny Goodman | ON THE SUNNY SIDE OF THE STREET | UMG |
| Big Mama Thornton | HOUND DOG | UMG |
| Bill Haley & The Comets | ROCK AROUND THE CLOCK | UMG |
| Billy May | HERSHEY BAR | UMG |
| Bobby Byrd | I KNOW YOU GOT SOUL | UMG |
| Brenda Lee | JINGLE BELL ROCK | UMG |
| Brenda Lee | ROCKIN AROUND THE CHRISTMAS TREE | UMG |
| Carpenters | WE'VE ONLY JUST BEGUN | UMG |
| Carpenters | (THEY LONG TO BE)CLOSE TO YOU | UMG |
| Cher | GYPSIES, TRAMPS AND THIEVES | UMG |
| Cream | STRANGE BREW | UMG |
| Del-Vikings | COME GO WITH ME | UMG |
| Diana Ross & The Supremes | YOU CAN'T HURRY LOVE | UMG |
| Dinah Washington | BARGAIN DAY | UMG |
| Dusty Springfield | SON OF A PREACHER MAN | UMG |
| Dusty Springfield | SPOOKY | UMG |
| Eartha Kitt | SANTA BABY | UMG |
| Edwin Starr; Bruce Springsteen | WAR | UMG |
| Elton John | YOUR SONG | UMG |
| Ethel Merman | THERE'S NO BUSINESS LIKE SHOW BUSINESS | UMG |
| Etta James | W.O.M.A.N. | UMG |
| Flash Cadillac; Danny & The Juniors | AT THE HOP | UMG |
| Flatt & Scruggs | FOGGY MOUNTAIN BREAKDOWN | UMG |
| Fontella Bass | RESCUE ME | UMG |
| Free | ALL RIGHT NOW | UMG |
| Hank Williams | HEY GOOD LOOKIN' | UMG |
| Hank Williams | JAMBALAYA (ON THE BAYOU) | UMG |
| Herb Alpert & The Tijuana Brass | A TASTE OF HONEY | UMG |
| Herb Alpert & The Tijuana Brass | ZORBA THE GREEK | UMG |
| Herb Alpert and the Tiajuana Brass | SPANISH FLEA | UMG |
| Jackson 5 | ABC | UMG |
| Jackson 5 | HOW FUNKY IS YOUR CHICKEN | UMG |
| Jackson 5 | I WANT YOU BACK | UMG |
| Jackson 5 | ROCKIN ROBIN | UMG |
| Jackson 5 | THE LOVE YOU SAVE | UMG |

| | | |
|---|---|---|
| James Brown | CALL ME SUPER BAD (PT. 1, 2 &3) | UMG |
| James Brown | GET UP (I FEEL LIKE BEING LIKE A SEX MACHINE) | UMG |
| James Brown | HOT PANTS | UMG |
| James Brown | MERRY CHRISTMAS I LOVE YOU | UMG |
| James Brown | PAPA'S GOT A BRAND NEW BAG | UMG |
| James Brown | PT. 1 & 2 CALL ME SUPER BAD | UMG |
| James Brown | THE POPCORN | UMG |
| James Brown & The Famous Flames | I GOT YOU (I FEEL GOOD) | UMG |
| Jimi Hendrix | FOXEY LADY | UMG |
| Jimi Hendrix | WILD THING | UMG |
| Joe Cocker | THE LETTER | UMG |
| Jr. Walker and The All Stars | (I'M A) ROAD RUNNER | UMG |
| Junior Walker and All Stars | HOME COOKIN' | UMG |
| Leroy Anderson | SLEIGH RIDE | UMG |
| Lesley Gore | IT'S MY PARTY | UMG |
| Louis Armstrong | WHAT A WONDERFUL WORLD | UMG |
| Martha & The Vandellas | (LOVE IS LIKE A) HEAT WAVE | UMG |
| Martha & The Vandellas | NOWHERE TO RUN | UMG |
| Martha and the Vandelllas | JIMMY MACK | UMG |
| Marvin Gaye | I HEARD IT THROUGH THE GRAPEVINE | UMG |
| Marvin Gaye | WHAT'S GOING ON | UMG |
| Mary Wells | MY GUY | UMG |
| McGuire Sisters | SUGARTIME | UMG |
| O.V. Wright | ACE OF SPADES | UMG |
| Patsy Cline | WALKIN' AFTER MIDNIGHT | UMG |
| Quincy Jones | BLUES IN THE NIGHT (MY MAMA DONE TOL' ME) | UMG |
| Rare Earth | GET READY | UMG |
| Righteous Brothers | UNCHAINED MELODY | UMG |
| Rod Stewart | EVERY PICTURE TELLS A STORY | UMG |
| Rod Stewart | MAGGIE MAY | UMG |
| Sam The Sham & The Pharoahs | WOOLY BULLY | UMG |
| Smokey Robinson | I SECOND THAT EMOTION | UMG |
| Steam | NA NA HEY HEY (KISS HIM GOODBYE) | UMG |
| Steppenwolf | BORN TO BE WILD | UMG |
| Steppenwolf | MAGIC CARPET RIDE | UMG |
| Stevie Wonder | MY CHERIE AMOUR | UMG |
| Stevie Wonder | PEARL | UMG |
| Stevie Wonder | SIGNED, SEALED, DELIVERED I'M YOURS | UMG |
| Stevie Wonder | THE CHRISTMAS SONG (CHESTNUTS ROASTING ON AN OPEN | UMG |
| Supremes | BABY LOVE | UMG |
| Supremes | LOVE CHILD | UMG |

| | | |
|---|---|---|
| Supremes | STOP IN THE NAME OF LOVE | UMG |
| Supremes | TAKE A CLOSER LOOK AT ME | UMG |
| Supremes | YOU KEEP ME HANGIN' ON | UMG |
| Supremes | AIN'T NO MOUNTAIN HIGH ENOUGH | UMG |
| T-Bone Walker | VACATION | UMG |
| Temptations | AIN'T TOO PROUD TO BEG | UMG |
| The Foundations | BUILD ME UP BUTTERCUP | UMG |
| The Four Tops | IT'S THE SAME OLD SONG | UMG |
| The Mamas & The Papas | FREE ADVICE | UMG |
| The Osmonds | ONE BAD APPLE (DON'T SPOIL THE WHOLE BUNCH) | UMG |
| The Surfaris | WIPE OUT | UMG |
| The Temptations | BEAUTY IS ONLY SKIN DEEP | UMG |
| The Who | BABA ORILEY | UMG |
| The Who | PINBALL WIZARD | UMG |
| Theme from TV series "The Brady Bunch" | BRADY BUNCH" THEME | UMG |
| Three Dog Night | JOY TO THE WORLD | UMG |
| Tom Jones | GREEN GREEN GRASS OF HOME | UMG |
| Tom Jones | HARD TO HANDLE | UMG |
| Tom Jones | SHE'S A LADY | UMG |

**PROOF OF SERVICE**

## STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

On April 12, 2010 I served the document(s) described as **SECOND AMENDED COMPLAINT** in this action addressed as follows:

### SEE ATTACHED LIST

☐ (BY MAIL) True and correct copies of the aforementioned document(s) were deposited, in a sealed envelope with postage thereon fully prepaid, with the U.S. Postal Service on that same day to be mailed via first class mail at Los Angeles, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) Pursuant to the controlling Rules, the aforementioned document(s) will be served by the court via NEF and proper link(s) to the document(s). On            , I checked the appropriate CM/ECF docket for this case or proceeding and determined that the aforementioned person(s) has/have consented to receive NEF transmission at the aforementioned electronic addresses.

☐ (BY FAX) The parties have consented in writing to receive service by facsimile transmission. On            , I transmitted the above-described document(s) by facsimile machine to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached.

☐ (BY ELECTRONIC SERVICE) On March 16, 2010, I transmitted the aforementioned document(s) as PDF attachments to the aforementioned electronic notification address(es). The transmission originated from my electronic notification address, which is jgoldman@jmbm.com, and was reported as complete and without error.

☒ (BY PERSONAL SERVICE) I placed the aforementioned document(s) in a sealed envelope and such envelope was hand-delivered addressee.

☐ (BY OVERNIGHT DELIVERY) I placed the aforementioned document(s) in a sealed envelope with postage thereon fully prepaid and I caused said envelope to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on April 12, 2010 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Tawny Fukutomi

SERVICE LIST

Aton Arbisser, Esq.
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
aarbisser@kayescholer.com
*Attorney for Defendants Time Warner, Inc., et al.*