| | |
|---|---|
| 1 | JEFFREY D. GOLDMAN (Bar No. 155589) |
| 2 | jgoldman@jmbm.com |
|   | RYAN S. MAUCK (Bar No. 223173) |
| 3 | rxm@jmbm.com |
| 4 | BRIAN M. YATES (Bar No. 241798) |
|   | byates@jmbm.com |
| 5 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 6 | 1900 Avenue of the Stars, Seventh Floor |
|   | Los Angeles, California 90067-4308 |
| 7 | Telephone: (310) 203-8080 |
| 8 | Facsimile: (310) 203-0567 |
| 9 | Attorneys for Plaintiffs INTERSCOPE RECORDS, |
|   | MOTOWN RECORD COMPANY, L.P., and UMG |
| 10 | RECORDINGS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, MOTOWN RECORD COMPANY, L.P. and UMG RECORDINGS, INC., | CASE NO. CV10-1662 SVW (PJWx) |
| | Hon. Stephen V. Wilson |
| Plaintiffs, | |
| | **PLAINTIFFS' SUPPLEMENTAL BRIEF AND NOTICE OF WITHDRAWAL OF PORTIONS OF MOTION FOR SANCTIONS AND TO COMPEL** |
| v. | |
| TIME WARNER, INC., WARNER BROS. ENTERTAINMENT, INC., WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, INC., WARNER BROS. TELEVISION, TELEPICTURES PRODUCTIONS, INC., WAD PRODUCTIONS, INC. (d/b/a "THE ELLEN DeGENERES SHOW"), A VERY GOOD PRODUCTION, and CRAZY MONKEY, INC. (d/b/a A VERY GOOD PRODUCTION), | Date: September 20, 2010<br>Time: 2:00 p.m.<br>Courtroom: 827A<br>Judge: Hon. Patrick J. Walsh |
| Defendants. | |

Plaintiffs agree with Defendants that the parties have entered into an arbitration agreement pursuant to which both sides have agreed to relieve the other of any ongoing discovery obligations, as there will be no further discovery in connection with the arbitration. Plaintiffs further agree that the parties are discussing how best to address Judge Wilson's concerns.

In light of the parties' agreement, Plaintiffs hereby withdraw all portions of their Motion for Spoliation Sanctions[1] and to Compel Further Responses to Interrogatories, Requests For Admission and Requests For Production (Docket No. 158) upon which the Magistrate Judge has not already ruled. Thus, there is nothing further for this Court to rule upon in connection with this Motion, including any of the issues which are addressed by Defendants' supplemental brief.

Dated: September 14, 2010    JEFFREY D. GOLDMAN
RYAN S. MAUCK
BRIAN M. YATES
JEFFER MANGELS BUTLER & MITCHELL LLP


By: */s/ Ryan S. Mauck*
Ryan S. Mauck
Attorneys for Plaintiffs

---

[1] Plaintiffs note that Defendants' description of Plaintiffs' request for discovery sanctions as one relating to "an evidentiary rather than a discovery issue" (Defs.' Supplemental Brief at 1) is curious, as Defendants did not raise any objection to Plaintiffs' inclusion of this issue in what was clearly designated as a discovery motion and brought before the Magistrate Judge. As evidentiary issues are to be determined by the District Judge, in the event that this action is not dismissed, Plaintiffs will raise this issue with the District Judge at the appropriate time as necessary.

7276662